Case Closed,

So Ordered.

s/James G. Carr
SR. U.S. District Judge

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| Bo Lee | ) | Case No. 3:14-cv-824 |
| | ) | |
| Plaintiff, | ) | Hon. James G. Carr |
| | ) | |
| vs. | ) | **PARTIES' STATUS REPORT** |
| | ) | |
| Dr. Xunming Deng, et al. | ) | |
| | ) | |
| Defendants. | ) | |

    Now come Plaintiff Bo Lee and Defendants Dr. Xunming Deng, Liwei Xu, Midwest Optoelectronics, LLC, XL Technology Holdings, LLC, through their respective counsel, and hereby provide the following status report to the Court in this matter.

    As the Court ordered on November 21, 2014, the parties proceeded in arbitration before the American Arbitration Association. The arbitration concluded in November 2015 and the arbitrator issued a determination on December 23, 2015 that resolved the matters contained in this litigation.

    Thus, the Court may close this case.

1

Respectfully submitted,

| | |
|---|---|
| */s/  Scot A. Hinshaw*<br>Charles D. Niehaus (0037383)<br>Scot A. Hinshaw (MIP78586)<br>Niehaus Wise & Kalas Ltd<br>7150 Granite Circle, Suite 203<br>Toledo, OH  43617-1173<br>Telephone: (419) 517-9090<br>Fax: (419) 517-9091<br>niehaus@nwklaw.com<br>hinshaw@nwklaw.com<br>*Counsel for Defendants* | */s/  Thomas D. Pigott w/ permission by SAH*<br>Thomas D. Pigott (0062919)<br>Pigott, Ltd.<br>2620 N. Centennial Road, Unit H<br>Toledo, Ohio 43617-1800<br>Telephone: (419) 776-4567<br>Fax: (419) 776-4568<br>tpigott@pigottlaw.com<br>*Attorney for Plaintiff* |

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been electronically filed this 20th day of January, 2016.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and in accordance with local rules and the Federal Rules of Civil Procedure.

>  */s/  Scot A. Hinshaw*
>  Scot A. Hinshaw (MIP78586)
>  Niehaus Wise & Kalas Ltd
>  *Counsel for Defendants*